# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MAXELL, LTD., <br><br> *Plaintiff*, <br><br> v. <br><br> ZTE CORP. and ZTE USA INC., <br><br> *Defendants*. | Case No. 5:16-cv-00179-RWS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF JOINT PROPOSED JUROR QUESTIONNAIRE

COMES NOW, Plaintiff Maxell, Ltd., and Defendant ZTE USA INC., and file this Notice of Joint Proposed Juror Questionnaire.

After meeting and conferring, the parties jointly propose the attached Juror Questionnaire.

Respectfully submitted,

| */s/ Geoffrey Culbertson* | */s/ Brian Craft* |
|---|---|
| Geoff Culbertson | Steven A. Moore (232114) |
| Kelly Tidwell | steve.moore@pillsburylaw.com |
| **Patton, Tidwell & Culbertson, LLP** | Callie A. Bjurstrom (137816) |
| 2800 Texas Boulevard (75503) | callie.bjurstrom@pillsburylaw.com |
| Post Office Box 5398 | Nicole S. Cunningham (234390) |
| Texarkana, TX 75505-5398 | nicole.cunningham@pillsburylaw.com |
| Telephone: (903) 792-7080 | Matthew R. Stephens (288223) |
| Facsimile: (903) 792-8233 | matthew.stephens@pillsburylaw.com |
| gpc@texarkanalaw.com | **PILLSBURY WINTHROP SHAW** |
| kbt@texarkanalaw.com | **PITTMAN LLP** |
| | 501 West Broadway, Suite 1100 |
| Jamie B. Beaber | San Diego, CA 92101-3575 |
| Alan M. Grimaldi | 619.234.5000 |
| Kfir B. Levy | 619.236.1995 |
| James A. Fussell, III | |
| Baldine B. Paul | Eric H. Findlay |
| Tiffany A. Miller | State Bar No.00789886 |
| Saqib Siddiqui | Brian Craft |
| Bryan Nese | State Bar No. 04972020 |
| **MAYER BROWN LLP** | **FINDLAY CRAFT, P.C.** |
| 1999 K Street, NW | 102 North College Avenue, Suite 900 |
| Washington, DC 20006 | Tyler, TX 75702 |
| Telephone: (202) 263-3000 | (903) 534-1100 |
| Facsimile: (202) 263-3300 | (903) 534-1137 FAX |
| jbeaber@mayerbrown.com | efindlay@findlaycraft.com |
| agrimaldi@mayerbrown.com | bcraft@findlaycraft.com |
| klevy@mayerbrown.com | |
| jfussell@mayerbrown.com | *Counsel for Defendant ZTE (USA) INC.* |
| bpaul@mayerbrown.com | |
| tmiller@mayerbrown.com | |
| ssiddiqui@mayerbrown.com | |
| bnese@mayerbrown.com | |

Amanda K. Streff
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
astreff@mayerbrown.com

*Counsel for Plaintiff Maxell, Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on May 17, 2018.

/s/ Geoffrey Culbertson