**JUROR QUESTIONNAIRE**
**Instructions**

Dear Prospective Juror:

An important part of any trial is the jury selection process.  During jury selection, the judge and the lawyers for the parties will ask all of the prospective jurors questions.  These questions are necessary to ensure that those selected to serve on the jury are representative of our community at large, and can be fair and impartial judges of the facts.  Giving complete and candid answers on this questionnaire and during jury selection is an important step for ensuring a fair and impartial trial and is one of your important duties as a prospective juror.

From this moment going forward, and until you are released from the jury selection process, you must not communicate about this case or your role as a prospective juror with anyone, including your family and friends.  This is because the Court requires you to use only the information/evidence you receive in court to make your decisions and to be free from outside influences.

You must not read anything about the case or listen to any reports about the case, to the extent that there are any.  In addition, do not communicate about or do any research about the case, the parties, the attorneys, or the case issues by any means.

What follows is a brief questionnaire.  Please answer each question as completely and accurately as you reasonably can.  Your answers will help reduce the amount of time needed to complete the jury selection process.  If there is not sufficient space provided for you to complete your answer, please use the blank space on this page to complete your answer.  The information provided by you will be treated as confidential and used only for purposes of jury selection in this case.

If you feel that any question requires an answer which is too sensitive, personal or private to be discussed in open court, simply write "PRIVATE" in the left margin next to your answer and the questioning on that topic will be held in private, out of the presence of the other prospective jurors.

Please do not discuss either the questions or your answers with anyone, not even your family or friends.  If you do not understand a particular question, please write "I DO NOT UNDERSTAND" next to the question and it will be explained to you in Court.

Keep in mind there are no "right" or "wrong" answers, only complete and incomplete answers.  Complete answers are far more helpful than incomplete answers because they make additional questioning unnecessary.  Therefore, they shorten the time it takes to select a jury.

We thank you for your cooperation and your service as a prospective juror.

**CONFIDENTIAL JUROR QUESTIONNAIRE**

Name: _____  Age: _____  Gender: ☐ Male ☐ Female

1. What is your address? _____

2. Do you own or rent? ☐ Own ☐ Rent ☐ Live with Relatives.  Time at current address? ____ Years ____ Months
   Do you own or rent commercial properties?  ☐ Own commercial property ☐ Rent commercial property

3. What is the last level of education you completed? ☐ Less than High School ☐ Some High School ☐ High School/GED
   ☐ Some College ☐ Technical/Vocational School ☐ 2-Yr College Degree ☐ 4-Yr College Degree ☐ Advanced Degree
   Please list any degrees you have from college, technical/vocational, or graduate school and also list where you got the degree(s) and in what field of study: _____

4. Did you enjoy math or science in school? ☐ Very Much ☐ Somewhat ☐ A Little ☐ Not at All
   Please explain: _____

5. What is your current job status? (*Check all that apply*): ☐ Full-time ☐ Part-time ☐ Self-employed
   ☐ Homemaker ☐ Unemployed ☐ Disabled ☐ Retired ☐ Student ☐ Other: _____

6. Please list your employment history for your three most recent jobs
   Dates                Employer              Job Description
   _____
   _____
   _____

7. Do you supervise other people at your job? ☐ Yes ☐ No  If yes, please describe: _____

8. Have you or someone close to you been laid off recently? ☐ Yes ☐ No If yes, please describe: _____

9. Have you or your spouse ever owned your own business? ☐ Yes ☐ No If yes, please describe: _____
   If yes, overall, do you consider the business to have been: ☐ Successful ☐ Mixed ☐ Unsuccessful

10. Have you or anyone close to you had any legal training or ever worked in the legal profession, including working for any court, judge, lawyer, or law firm? ☐ Yes ☐ No If yes, please explain: _____

11. What is your marital status? ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Widowed ☐ Other Long Term Relationship

12. Spouse's Name: _____ Spouse's Employer: _____
    Spouse's job description: _____ Spouse's highest grade completed: _____

13. If you have any children, please list their names/ages: _____

14. What 3 words would you use to describe yourself? _____

15. Check any of the following phrases that apply to you?

    ____ I am a "big picture" person or ____ I am a "detail oriented" person.

    ____ I like to take things apart to see how they work or ____ I almost never take things apart to see how they work.

    ____ I tend to make up my own mind or ____ I tend to rely on expert advice.

    ____ I am usually asked to be a leader or ____ I tend to let others be the leader.

    ____ I tend to control my emotions or ____ I tend to express my emotions.

16. What is your main source of news? ☐ Newspaper ☐ Radio ☐ TV ☐ Internet ☐ Friends and family

17. Please list any unions, churches, clubs, groups, fellowships, or political organizations to which you belong, as well as leadership positions you have held there: _____

18. Would people who know you best describe you as a leader? ☐ Definitely Not ☐ Probably Not ☐ Probably ☐ Definitely

19. If you or your spouse served in the military, please list branch/service dates: _____

20. Have you ever worked for the government local, state, or national)? YES  NO  IF YES, please describe:
    _____

21. Have you or an immediate family member:
    Ever sued someone? ☐ Yes ☐ No
    Ever been sued? ☐ Yes ☐ No
    Ever been a witness in court, except for a case involving family law? ☐ Yes ☐ No
    If yes, please describe what kind of lawsuit and what the result was: _____

22. Have you ever participated in a mock trial? ☐ Yes ☐ No. If yes, please describe what kind of mock trial: _____

23. Do you trust each of the following? Government agencies? ☐ Yes ☐ No   Large companies? ☐ Yes ☐ No   Small companies?   ☐ Yes ☐ No   Foreign companies   ☐ Yes ☐ No   Asian companies?   ☐ Yes ☐ No

24. Do you believe that large corporations have a positive or negative impact on our country?
    ☐ Positive   ☐ Negative   Please explain: _____

25. Have you ever wanted to file a lawsuit but did not for some reason?   ☐ Yes   ☐ No
    If yes, please explain: _____

26. Have you previously served on a jury?   ☐ Yes   ☐ No   If Yes, were you a foreperson?   ☐ Yes   ☐ No

27. If you have previously served on a jury, what type of case was it? _____ Criminal   _____ Civil

    What was the specific nature of the case? _____

    Did the jury reach a verdict? _____ Yes   _____ No

    If yes, what was the verdict? _____

28. Do you or someone close to you have any special training, education, or experience in the following areas?
    [*Check all that apply*]
    
    | | | | |
    |---|---|---|---|
    | Law, legal field, law enforcement: | ☐ Yes ☐ No | Cell phones: | ☐ Yes ☐ No |
    | Business/business contracts | ☐ Yes ☐ No | Engineering: | ☐ Yes ☐ No |
    | Patents, copyrights, trademarks: | ☐ Yes ☐ No | Software programming/design: | ☐ Yes ☐ No |
    | Research and development: | ☐ Yes ☐ No | Accounting/finance/economics: | ☐ Yes ☐ No |
    | Government agencies: | ☐ Yes ☐ No | Psychology: | ☐ Yes ☐ No |
    | Computers/information technology: | ☐ Yes ☐ No | Sales: | ☐ Yes ☐ No |
    | Semiconductors/chip design: | ☐ Yes ☐ No | | |

    Please explain: _____

29. Have you or someone close to you work(ed) with or for the following companies or its employees?
    Maxell, Ltd. ☐ Yes ☐ No   ZTE ☐ Yes ☐ No   Hitachi, Ltd. ☐ Yes ☐ No

    If yes, please explain who and the nature of the relationship: _____

30. Have you had any negative experiences with/impressions of any of the companies listed in Question #29?
    ☐ Yes   ☐ No   If yes, please explain: _____

31. Have you ever had a serious dispute with a company? ☐ Yes ☐ No  If yes, please explain: _____

32. How often do you watch TV shows involving inventors and inventions (*e.g.*, Shark Tank, American Inventor, Make Me a Millionaire Inventor, Everyday Edisons)? ☐ Never   ☐ Rarely   ☐ Occasionally   ☐ Somewhat Often   ☐ Very Often
    How has watching them affected your view of inventions and/or patents? _____

33. Have you or anyone close to you ever invented or designed anything?   ☐ Yes   ☐ No
    If yes, who was the inventor and what was invented or designed? _____
    If yes, was a patent sought?   ☐ Yes   ☐ No   Was a patent granted?   ☐ Yes   ☐ No

34. Have you or someone close to you ever had any dealings with the United States Patent and Trademark Office (USPTO)? ☐ Yes, self ☐ Yes, someone close ☐ No. If yes, please explain: _____

35. Have you or someone close to you ever wanted to obtain a patent, trademark, or copyright but did not or could not for some reason? ☐ Yes ☐ No If yes, please explain: _____

36. Have you or someone close to you ever invented, created, or developed something and had the idea taken from you? ☐ Yes ☐ No If yes, please explain: _____

37. Have you, someone close to you, or your employer ever been involved in a dispute over a patent? (*Check all that apply*) ☐ Yes, I have ☐ Yes, someone close has ☐ Yes, my employer has ☐ No ☐ Unsure

    If yes, please explain the nature of the dispute and the outcome: _____

38. Do you own a smartphone? ☐ Yes ☐ No. If yes, what feature do you like best about your smartphone? _____

39. Do you have or use a tablet?  YES, Regularly  YES, Sometimes  NO

40. If you have a smartphone, who makes it? _____

41. Which carrier provides your wireless service? _____

42. If you have a smartphone, do you use it to take pictures and/or videos? _____

43. If you have a smartphone, do you use it for navigation? _____

44. If you have a smartphone, do you use it to listen to music? _____

45. If you have a tablet, who makes it? _____

46. Is there any reason that you can think of that might keep you from being a fair and impartial juror in this case?

    If yes, please explain?: _____


Your Signature: _____    Date signed: _____