**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MAXELL, LTD.,<br><br>　　　　　　　*Plaintiff*,<br><br>v.<br><br>ZTE USA INC.,<br><br>　　　　　　　*Defendant*. | Case No. 5:16-cv-00179-RWS<br><br>**JURY TRIAL DEMANDED** |

# ORDER

Having considered Plaintiff Maxell, Ltd. and Defendant ZTE USA Inc.'s Joint Motion for Entry of Post-Trial Briefing Schedule, the Court finds that the Motion should be **GRANTED**. The post-trial briefing schedule and page limits are as follows:

| Filing | Deadline | Page Limit Per Party |
|---|---|---|
| Opening Briefs | August 3, 2018 | 80 pages |
| Response Briefs | August 24, 2018 | 80 pages |
| Reply Briefs | September 7, 2018 | 40 pages |
| Sur-reply Briefs | None permitted without leave of Court. | |

Footnotes are not permitted.

**SIGNED this 30th day of July, 2018.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE